KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE K. JAN (CSBN 225749)
Special Assistant United States Attorney

1301 Clay Street Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3699
FAX: (510) 637-3724

Attorneys for Plaintiff

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MARK BOYD, <br>     Defendant. | No. CR 05-00449 CW <br><br> [PROPOSED] ORDER FOR NEW SUMMONS |

At the request of Judge Wayne D. Brazil, the Court enters this order for a new summons for Mark Boyd for an initial appearance to be held on August 1, 2005 at 10:00 a.m., instead of July 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 21, 2005

HONORABLE NANDOR VADAS
United States Magistrate Judge

PROPOSED ORDER FOR NEW SUMMONS
CR 05-00449 CW