1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500

5

6 | Counsel for Defendant MARK BOYD

**FILED**

AUG 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00449 CW |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER WAIVING APPEARANCE |
| vs. ) | |
| MARK BOYD, ) | |
| Defendant. ) | |

This matter is scheduled for an initial status conference on August 22, 2005. Mr. Boyd is homeless and has the opportunity to earn some income doing a plumbing job during the afternoon on which the status conference is to take place. Mr. Boyd appeared before Magistrate Judge Brazil pursuant to a summons and was released on his own recognizance. It is therefore STIPULATED AND AGREED that Mr. Boyd's appearance on August 22, 2005 is WAIVED.

Dated: August 22, 2005

_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

STIP/ORD                                    1

1  Dated: August 22, 2005
2
3                                                           _____
                                                            CANDICE JAN
                                                            Assistant United States Attorney
4
5       Good cause appearing therefor, IT IS ORDERED that Mark Boyd's appearance at the
   August 22, 2005 status conference is WAIVED.
6
7  August 2², 2005
8                                                           _____
                                                            CLAUDIA WILKEN
                                                            United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP/ORD                                          2